# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Samuel E. Masur
Gordon, Arata, Montgomery
400 E. Kaliste Saloom, #4200
Lafayette LA 70508

Judgment on rehearing rendered and mailed to all parties or counsel of record on December 30, 2020

## REHEARING ACTION: December 30, 2020

**Docket Number: 20   00039-CA**

**DEBORAH MARIE HORAIST**
**VERSUS**
**EDWARD A. PRATT**
**AND JEAN JOHNSON PRATT**

**Appealed from Lafayette Parish Case No. 20175592**

**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux**
    **Hon. Sylvia R. Cooks**
    **Hon. John D. Saunders**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Edward A. Pratt and Jean Johnson Pratt** has this day been

    **DENIED.**

cc: Alan K. Breaud, Counsel for the Appellant